AO 442 (Rev. 01/09) Arrest Warrant

11443155

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
| v. | ) |
| HADARI STALLWORTH | ) Case No. 2:24-cr-0083-GMN-NJK |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* HADARI STALLWORTH

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 115(a)(1)(B) ~ Threatening a United States Judge
18 U.S.C. § 876(c) ~ Mailing Threatening Communications; and
18 U.S.C. § 1038(a)(1)(A) ~ False Information and Hoaxes

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
APR 29 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY



CLERK OF COURT

Date: 04/16/2024 Las Vegas, NV

*Signature of Clerk or Deputy Clerk*

### Return

This warrant was received on *(date)* 04/17/2024, and the person was arrested on *(date)* 04/29/2024
at *(city and state)* LAS VEGAS, NV.

Date: 04/29/2024

*Arresting officer's signature*

M. MOORE FOR USMS
*Printed name and title*